FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPORT SHACK, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND<br>CASUALTY CO.,<br><br>               Defendants. | No. 2:25-CV-00174-RLP<br><br>ORDER ON NOTICE OF<br>STIPULATED DISMISSAL |

Before the Court is the parties' Stipulated Notice of Dismissa1, ECF No. 15. The parties stipulate to the dismissal of this action. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Notice of Dismissa1, **ECF No. 15**, is **GRANTED**.

ORDER ON NOTICE OF STIPULATED DISMISSAL ~ 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED August 6, 2026.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON NOTICE OF STIPULATED DISMISSAL ~ 2